UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY GUITY,

                Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.

19-CV-8152 (CM)

CIVIL JUDGMENT

Pursuant to the orders issued October 15, 2019, and November 27, 2019, dismissing the complaint and the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 27, 2019
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge